IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN M. JUNGCLAUS | : | NO.   17-cv-04462-RK |
| Plaintiff | : | |
| v. | : | Jury Trial Demanded |
| WAVERLY HEIGHTS, LTD., THOMAS P. GARVIN and JOHN and JANE DOES NUMBERS 1-21 | : | |
| Defendants | : | |

## DEFENDANTS' MOTION TO DISMISS COUNTS V AND VI OF PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants, Waverly Heights, Ltd., Thomas P. Garvin and John and Jane Does 1-21 (collectively referred to as "Defendants"), hereby move this Honorable Court to dismiss Count V (Defamation) of Plaintiff's Amended Complaint as to Defendants, Thomas P. Garvin and Jane and John Does Numbers 1-21, and Count VI (Negligent Supervision) of Plaintiff's Amended Complaint as to Defendants, Waverly Heights, Ltd. and Jane and John Does Numbers 1-21.

In support thereof, Defendants submit the attached Brief in Support of Defendants' Motion to Dismiss Counts V and VI of Plaintiff's Amended Complaint which is incorporated herein by reference as if set forth at length. Defendants respectfully request that this Honorable Court grant Defendants' Motion to Dismiss and dismiss Count V as to Defendants, Thomas P. Garvin and Jane and John Does Numbers 1-21, and Count VI as to Defendants, Waverly Heights, Ltd. and

John and Jane Does 1-21 of Plaintiff's Amended Complaint with prejudice pursuant to the attached proposed Order.

                                                    **EASTBURN AND GRAY, P.C.**

Dated: December 11, 2017                    By: _/s/ Grace M. Deon_
                                                        Grace M. Deon
                                                        Attorneys for Defendants

                                                         60 East Court Street
                                                         P.O. Box 1389
                                                         Doylestown, PA  18901
                                                         Phone:  (215) 345-7000
                                                         Facsimile:  (215)345-9142
                                                         gdeon@eastburngray.com