### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN M. JUNGCLAUS | : | NO.   17-cv-04462-RK |
| | : | |
| Plaintiff | : | |
| v. | : | Jury Trial Demanded |
| | : | |
| WAVERLY HEIGHTS, LTD., | : | |
| THOMAS P. GARVIN and | : | |
| JOHN and JANE DOES NUMBERS 1-21 | : | |
| | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this      day of                    , 2017, upon consideration of the Motion to Dismiss Count V (Defamation) of Plaintiff's Amended Complaint as to Defendants, Thomas P. Garvin and John and Jane Does Numbers 1-21, and Count V (Negligent Supervision) of Plaintiff's Amended Complaint as to Defendants, Waverly Heights, Ltd. and John and Jane Does Numbers 1-21, with Supporting Brief, and Plaintiff's response thereto, it is hereby ORDERED and DECREED that Defendants' Motion to Dismiss is GRANTED and following claims are dismissed with prejudice:

(a) Count V (Defamation) as to Defendant Thomas P. Garvin;

(b) Counts V and VI (Defamation and Negligent Supervision) as to John and Jane Does Numbers 1-21; and,

(c) Count VI (Negligent Supervision) as to Waverly Heights, Ltd.

BY THE COURT:

_____
Robert F. Kelly,                    J.