# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN M. JUNGCLAUS, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 17-4462 |
| WAVERLY HEIGHTS, LTD., THOMAS P. GARVIN, and JOHN and JANE DOES NUMBERS 1–21, | |
| Defendants. | |

## ORDER

**AND NOW**, this 9th day of April, 2018, upon consideration of Defendants', Waverly Heights, LTD., Thomas P. Garvin, and John and Jane Does Numbers 1–21 ("Defendants"), Motion to Dismiss Counts V and VI of Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and Plaintiff Kathleen M. Jungclaus' Memorandum of Law in Opposition, it is hereby **ORDERED** that Defendants' Motion to Dismiss Counts V and VI of Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. No. 5) is **GRANTED**.

**IT IS FURTHER ORDERED** that Counts V and VI of Plaintiff's Amended Complaint are **DISMISSED WITH PREJUDICE**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE