IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN M. JUNGCLAUS, | : | |
| Plaintiff | : | NO.  17-cv-04462-RK |
| v. | : | |
| WAVERLY HEIGHTS, LTD., | : | Jury Trial Demanded |
| Defendant | : | |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendant, Waverly Heights, Ltd., by and through its attorneys, Eastburn and Gray, P.C., hereby moves this Honorable Court to enter summary judgment in favor of Defendant, Waverly Heights, Ltd., and against Plaintiff, Kathleen M. Jungclaus, for the reasons set forth in accompanying Memorandum of Law, incorporated herein by reference.

Respectfully Submitted,

**EASTBURN AND GRAY, P.C.**

By: _____
Joanne D. Sommer
Grace M. Deon
Attorneys for Defendants

Dated: August 1, 2019

60 East Court Street
P.O. Box 1389
Doylestown, PA  18901
Phone: (215) 345-7000
Facsimile: (215)345-9142
jsommer@eastburngray.com
gdeon@eastburngray.com