IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN M. JUNGCLAUS, | : | |
| Plaintiff | : | NO.   17-cv-04462-RK |
| v. | : | |
| WAVERLY HEIGHTS, LTD., | : | Jury Trial Demanded |
| Defendant | : | |

## ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of Defendant's Motion for Summary Judgment, and all documents admitted in support thereof and in opposition thereto, it is ORDERED that the Motion is GRANTED.

IT IS SO ORDERED.

BY THE COURT:

_____
Robert J. Kelly, Judge