___

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA
___

### NO. 17-cv-04462-PD
___

**KATHLEEN M. JUNGCLAUS**
**Plaintiff**

v.

**WAVERLY HEIGHTS, LTD.**
**Defendant**

___

### PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT WAVERLY HEIGHTS LTD.'s MOTION FOR SUMMARY JUDGMENT
___

                                          **MARK D. SCHWARTZ, ESQUIRE**
                                          PA ID # 30527
                                          P.O. BOX 330, BRYN MAWR, PA 19010
                                          Telephone & Fax 610 525-5534
                                          Email:**Markschwartz6814@gmail.com**

DATED: October 15, 2019           Counsel for Kathleen M. Jungclaus, Plaintiff

**ORAL ARGUMENT REQUESTED**

# TABLE OF CONTENTS

Table of Contents…………………………………………………………………i

    A. OVERVIEW …………………………………………………….1

 I.  CASE HISTORY/PROCEDURAL POSTURE…………………….....…….9

 II.  PLAINTIFF'S AMENDED COMPLAINT AND STATEMENT OF FACTS...10

 III.  PREVIOUS LITIGATION OF FACTS ATTENDANT TO THIS MATTER...17

 IV.  TESTIMONY IN SUPPORT OF PLAINTIFF'S STATEMENT OF FACTS
     AND IN REBUTTAL OF DEFENDANT'S FACTUAL ASSERTIONS
     MADE IN ITS BRIEF……………………………………….…………… 23

 V.  ARGUMENT…………..…………………………………………………...48

 VI.  CONCLUSION……………………………………………………………53

TABLE OF AUTHORITIES

**Pennsylvania Statutory Authority**

42 P.S. 402 (e )……………………………………………………………………18

Pa Human Relations Act, 43 P.S. Section 955 *et seq*……………………..……...52

**Federal Statutory Authority**

The Civil Rights Act of 1964, 42 USC. Section 2000 *et seq*……………………...15, 49

The Age Discrimination in Employment Act of 1967, 29 U.S.C. Section 621
*et seq*…………………………………………………………………………….16

28 U.S.C. Sec 1738 (1988)………………………………………………………...22

**Case Law**

*Adams v. Unemployment Compensation Board of Review,* 56 A. 3d 76
(Pa. Cmwlth 2008)……………………………………………………………19

*Anderson v. Liberty Lobby, Inc.,* 477 U.S. 242, 255 (1986)……………………….47

*Bradley v. Pgh Bd of Ed*, 913 F.2d 1064, 1074 (3d Cir 1990)……………………..22

*Bullock v. Children's Hosp*., 71 F. Supp. 2d 482 (E.D. Pa. 1999)…………………49

*Chambers v. Sch. Dist. of Phila. Bd. of Educ*., 587 F.3d 176, 181 (3d Cir. 2009….47

*Chipollini v. Spencer Gifts, Inc.*  814 F.2d at 893 (1987)………………………….4

*Frederick v. American Hardware Supply Co.*, 384 Pa. Supper. 72,
 557 A.2d 779 (1989)……………………………………………………………..22

*Fuentes v. Perskie*, 32 F.3d 759, 763 (3d Cir. 1994)………………………………49

*International Bhd. of Teamsters v. United States*, 431 U.S. 324, 359 n.45,
 52 L. Ed. 2d 396, 97 S. Ct. 1843 (1977)…………………………………………48

*Jones v. Sch. Dist. of Phila*., 198 F.3d 403, 410-11 (3d Cir. 1999…………………..49

*Maskerines v. Unemployment Compensation Board of Review,* 13 A.3d 553
(Pa. Cmwlth 2011)………………………………………………………………..19

*McDonnell Douglas Corp. v. Green*, 411 U.S. 792, 93 S. Ct. 1817,
36 L. Ed. 2d 668 (1973)……………………………………………………………..4,48

*Mira v. Warren City School Bd of Education*, 465 U.S. 75 (1984)………………….22

*Orsatti v. New Jersey State Police,* 71 F.3d 480, 482 (3d Cir. 1995)………………..48

Pivirotto v. Innovative Sys., 191 F.3d 344 (3d Cir. 1999)…………………………..49

*Price Waterhouse v. Hopkins*, 490 U.S. 228, 271, 104 L. Ed. 2d 268,
109 S. Ct. 1775 (1989)……………………………………………………………….48

*Safeguard Mut. Ins. Co., v. Williams,* 463 Pa 567, 345 A.2d 664, 668 (Pa. 1975)………..22

*Swineford v. Snyder County, Pa* 15 F3d 1258 (February 4, 1994)…………………...21

*Texas Department of Community Affairs v. Burdine*, 450 U.S. 248, 253,
101 S. Ct. 1089, 1093, 67 L. Ed. 2d 207 (1981)…………………………………….....4

*Trans World Airlines, Inc. v. Thurston*, 469 U.S. 111, 121, 83 L. Ed. 2d 523,
105 S. Ct. 613 (1985) ……………………………………………………………...48

*Tukesbrey v. Midwest Transit, Inc.* 822 F. Supp. 1192 (W.D. Pa. 1993) ……………4

*US v. Utah Const and Mining Co*., 384 US 394, 422, 86 S.Ct 1545, 1560,
 16 L.Ed 2d 642 (1966)……………………………………………………………22

*Univ. of Tex. Sw. Med. Ctr. v. Nassar*, 570 U.S. 338, 133 S.Ct. 2517, 2533,
 186 L. Ed. 2d 503 (2013)……………………………………………………………49

*Waverly Heights, Ltd., v Unemployment Compensation Board of Review*,
No. 312 C.D. 2017, Opinion Filed November 13, 2017………………………..…..2,17-21

*White v. Westinghouse Electric Company,* 862 F.2d 56, 59 (3d Cir. 1988)…………47,48