4:32 P.M.

**Commonwealth Docket Sheet**

**Commonwealth Court of Pennsylvania**

**Docket Number: 312 CD 2017**



**October 10, 2019**

## CAPTION

Waverly Heights, Ltd.,
Petitioner
v.
Unemployment Compensation
Board of Review,
Respondent

## CASE INFORMATION

| | | | |
|---|---|---|---|
| Initiating Document: | Petition for Review - Unemployment Compensation Employer | | |
| Case Status: | Closed | | |
| Case Processing Status: | November 13, 2017 | Completed | |
| Journal Number: | 14-10-2017 | | |
| Case Category: | Administrative Agency | Case Type(s): | Unemployment Compensation Board of Review |

## CONSOLIDATED CASES

## RELATED CASES

## COUNSEL INFORMATION

**Petitioner** **Waverly Heights, Ltd.**
Pro Se: No
IFP Status:

Attorney: Deon, Grace M.
Law Firm: Eastburn and Gray, P.C.
Address: 60 E Court St
P.O. Box 1389
Doylestown, PA 18901
Phone No: (215) 345-7000 Fax No: (215) 345-9142

---

Attorney: Aronson, Erin Kernan
Law Firm: Eastburn and Gray, P.C.
Address: Eastburn And Gray PC
60 E Court St PO Box 1389
Doylestown, PA 18901
Phone No: (215) 345-7000 Fax No:

---

**Intervenor** **Jungclaus, Kathleen**
Pro Se: No
IFP Status:

Attorney: Schwartz, Mark Daniel
Address: P.O. Box 330
Bryn Mawr, PA 19010
Phone No: (610) 525-5534 Fax No: (610) 525-5534

---

EXHIBIT
ALL-STATE LEGAL®
Pltf 1

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any [liability] for inaccurate or delayed data, errors or omissions on the docket sheets.

4:32 P.M.

**Commonwealth Docket Sheet**

**Commonwealth Court of Pennsylvania**

**Docket Number: 312 CD 2017**



**October 10, 2019**



## COUNSEL INFORMATION

**Respondent** **Unemployment Compensation Board of Review**

Pro Se: No

IFP Status:

Attorney: Tarczy, Janet Marie
Law Firm: PA Unemployment Compensation Board of Review
Address: 651 Boas St Fl 10
Harrisburg, PA 17121-0751
Phone No: (717) 787-4186 Fax No:

---

Attorney: Jordan, Paul R.
Law Firm: Pennsylvania Unemployment Compensation Board of Review
Address: PA Unemployment Review BD
651 Boas St 10th Fl
Harrisburg, PA 17121
Phone No: (717) 787-4186 Fax No:

## FEE INFORMATION

| Fee Dt | Fee Name | Fee Amt | Receipt Dt | Receipt No | Receipt Amt |
|---|---|---|---|---|---|
| 03/21/2017 | Petition for Review - Appellate | 85.50 | 03/21/2017 | 2017-CMW-H-000616 | 85.50 |

## AGENCY/TRIAL COURT INFORMATION

Order Appealed From: February 21, 2017 Notice of Appeal Filed:
Order Type: Decision
Documents Received: March 21, 2017

---

Court Below: Unemployment Compensation Board of Review
County: Division: Unemployment Compensation Board of Review
Judge: OTN:
Docket Number: B-16-09-F-6840 Judicial District:

---

Court Below: Unemployment Compensation Board of Review
County: Division: Unemployment Compensation Board of Review
Judge: OTN:
Docket Number: B-595395 Judicial District:

## ORIGINAL RECORD CONTENT

| Original Record Item | Filed Date | Content Description |
|---|---|---|
| Agency Record | May 02, 2017 | 1 |

**Date of Remand of Record:** January 4, 2018

## BRIEFING SCHEDULE

**Petitioner**
**Waverly Heights, Ltd.**
**Brief**
Due: June 12, 2017 Filed: June 12, 2017

**Reproduced Record**
Due: June 12, 2017 Filed: June 12, 2017

**Intervenor**
**Jungclaus, Kathleen**
**Brief**
Due: July 17, 2017 Filed: July 10, 2017

**Respondent**
**Unemployment Compensation Board of Review**

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

4:32 P.M.

**Commonwealth Docket Sheet**

**Commonwealth Court of Pennsylvania**

**Docket Number: 312 CD 2017**



**October 10, 2019**



**BRIEFING SCHEDULE**

**Respondent**
**Unemployment Compensation Board of Review**
**Brief**

**DOCKET ENTRY**

| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |
|---|---|---|---|---|
| **March 21, 2017** | Petition for Review - Unemployment Compensation Employer<br>Waverly Heights, Ltd. | | Petitioner | |
| **March 23, 2017** | Notice Exited<br>Commonwealth Court Filing Office | | | 03/23/2017 |
| **March 28, 2017** | Notice of Intervention<br>Schwartz, Mark Daniel | Jungclaus, Kathleen | Intervenor | |
| Document Name: | Notice of Intervention of Mark Schwartz, Esq., for Kathleen M. Jungclaus | | | |
| **May 2, 2017** | Agency Record Received<br>Unemployment Compensation Board of Review | | | |
| **May 2, 2017** | Briefing Schedule Issued<br>Commonwealth Court Filing Office | | | |
| **May 18, 2017** | Designation of Contents of Reproduced Record<br>Deon, Grace M. | Waverly Heights, Ltd. | Petitioner | |
| **June 12, 2017** | Petitioner's Brief Filed<br>Waverly Heights, Ltd. | | Petitioner | |
| **June 12, 2017** | Petitioner's Reproduced Record Filed<br>Deon, Grace M. | Waverly Heights, Ltd. | Petitioner | |
| **June 19, 2017** | Tentative Session Date<br>Krimmel, Michael | | | |
| Document Name: | October 2017 (Philadelphia) | | | |
| **July 10, 2017** | Intervenor's Brief<br>Schwartz, Mark Daniel | Jungclaus, Kathleen | Intervenor | |
| **July 12, 2017** | Entry of Appearance<br>Jordan, Paul R. | Unemployment Compensation Boar( | Respondent | |
| **July 12, 2017** | No Brief to be Filed by Respondent<br>Jordan, Paul R. | Unemployment Compensation Boar( | Respondent | |
| **September 8, 2017** | Argument Scheduled<br>Krimmel, Michael | | | |
| Document Name: | Tuesday, October 17, 2017 at 9:30 A.M. Before a Panel of Judges sitting in Court Room 1 | | | |
| Comment: | Ninth Floor, Widener Building, 1339 Chestnut Street One South Penn Square, Philadelphia, PA 19107. Case No. 14 on the list. | | | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.



## DOCKET ENTRY

| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |
|---|---|---|---|---|
| **September 11, 2017** | Filed - Other | | | |
| | Jordan, Paul R. | Unemployment Compensation Boarc | Respondent | |
| Document Name: | notice of non-participation | | | |
| **October 13, 2017** | Entry of Appearance | | | |
| | Aronson, Erin Kernan | Waverly Heights, Ltd. | Petitioner | |
| Document Name: | On Behalf of the Petitioner, Waverly Heights, Ltd. | | | |
| **November 13, 2017** | Affirmed | | | 11/13/2017 |
| | Wojcik, Michael H. | | | |
| Document Name: | Opinion (11 pages) | | | |
| Comment: | The order of the UCBR is AFFIRMED. | | | |
| **January 4, 2018** | Remitted | | | |
| | Commonwealth Court Filing Office | | | |
| **January 5, 2018** | Acknowledgement of Record Remittal | | | |
| | Unemployment Compensation Board of Review | | | |

## SESSION INFORMATION

Journal Number: 14-10-2017
Consideration Type: Oral Argument - Panel
Listed/Submitted Date: October 17, 2017

Panel Composition:

| Name | Title |
|---|---|
| The Honorable P. Kevin Brobson | Judge |
| The Honorable Michael H. Wojcik | Judge |
| The Honorable Dan Pellegrini | Senior Judge |

## DISPOSITION INFORMATION

Final Disposition: Yes
Related Journal No:
Category: Decided
Disposition: Affirmed
Judgment Date:
Disposition Author: Wojcik, Michael H.
Disposition Date: November 13, 2017
Disposition Comment: The order of the UCBR is AFFIRMED.
Dispositional Filing: **Opinion**
Filing Author: Wojcik, Michael H.
Filed Date: 11/13/2017 12:00:00AM

## REARGUMENT / RECONSIDERATION / REMITTAL

Filed Date:
Disposition:
Disposition Date:
Record Remittal: January 4, 2018

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.