**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KATHLEEN M. JUNGCLAUS | : | NO.   17-cv-04462-PD |
| | : | |
| Plaintiff | : | |
| v. | : | Jury Trial Demanded |
| | : | |
| WAVERLY HEIGHTS, LTD., | : | |
| | : | |
| Defendants | : | |

**PROPOSED ORDER**

**AND NOW**, this _____ day of _____, 2019 upon consideration of Defendant's Motion For Summary Judgment Motion and Plaintiff's response thereto, it is hereby ordered that Defendant's Motion for Summary Judgment is denied.

_____

J