IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN M. JUNGCLAUS | : | |
| Plaintiff | : | |
| | : | NO. 17-cv-04462-PD |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| WAVERLY HEIGHTS LTD. | : | ORAL ARGUMENT REQUESTED |
| | : | |
| Defendants | : | |
| | : | |
| _____ | : | |

CERTIFICATE OF SERVICE

I, Mark D. Schwartz, attorney for Plaintiff, hereby certify that on October 15, 2019, I served Defendant's counsel in this matter with the attached Plaintiff's Memorandum of Law in Opposition to Defendant Waverly Heights LTD.s Motion for Summary Judgment via electronic filing via the Court's ECF system, namely:

Grace M. Deon, Esquire
Joanne D. Sommer, Esquire
Eastburn and Gray
60 East Court Street
P.O. Box 1389
Doylestown, PA 18901

/s/Mark D. Schwartz
Mark D. Schwartz, Esquire