# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN M. JUNGCLAUS,<br>    Plaintiff, | : <br> : <br> : | |
| V. | : | CIV. NO. 17-4462 |
| | : | |
| WAVERLY HEIGHTS LTD.,<br>    Defendant. | : <br> : <br> : | |

## O R D E R

**AND NOW**, this 24th day of March, 2022, it is hereby **ORDERED** that **no later than 5 p.m. today, March 24, 2022**, the Parties shall provide copies of all interrogatories, document production requests, and requests for admissions propounded by Plaintiff and all responses provided by Defendants.

**AND IT IS SO ORDERED.**

  */s/ Paul S. Diamond*
Paul S. Diamond, J.