# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHLEEN M. JUNGCLAUS,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 17-4462 |
| | : | |
| **WAVERLY HEIGHTS LTD.,** | : | |
| Defendant. | : | |
| | : | |

## ORDER

**AND NOW**, this 12th day of April, 2022, upon consideration of Waverly's Motion for Summary Judgment (Doc. No. 38), Jungclaus' Response (Doc. No. 44), Waverly's Reply (Doc. No. 46), and the entirety of the record, it is hereby **ORDERED** that:

1. Waverly's Motion for Summary Judgment (Doc. No. 38) is **GRANTED**;

2. **JUDGMENT IS ENTERED** in favor of Defendant Waverly Heights, Ltd., and against Plaintiff Kathleen M. Jungclaus;

3. The Clerk's Office shall **CLOSE** this case for statistical purposes.

                                                                     **AND IT IS SO ORDERED.**

                                                             */s/ Paul S. Diamond*

                                                                        Paul S. Diamond, J.