# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KATHLEEN M. JUNGCLAUS**<br><br>**Plaintiff,**<br><br>vs.<br><br>**WAVERLY HEIGHTS LTD , et al.**<br>**Defendants** | **CIVIL ACTION- 2:17-cv-04462**<br><br><br><br>**NOTICE OF APPEAL** |

## NOTICE OF APPEAL

COMES NOW, PLAINTIFF  KATHLEEN M JUNGCLAUS, by her undersigned

counsel, who appeals  to the U.S. Court of Appeals for the Third Circuit  from this Court's

Order of April 12, 2012 (#50)  granting Defendants' motion for summary judgment and entering

judgment against Plaintiff .

Respectfully submitted,

Mark D. Schwartz, Esquire

*/s/: Mark D. Schwartz*

_____

MARK D. SCHWARTZ, Esquire
PA I.D. #30527

300 Sandcastle Drive
Bryn Mawr, PA 19010
Telephone:  610 525-5534
Facsimile:   610 525-5534
Email: markschwartz6814@gmail.com

Dated: May 10, 2022                    Counsel for Plaintiff Kathleen M. Jungclaus